# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:14-CR-321** |
| : | |
| v. : | **(Chief Judge Conner)** |
| : | |
| **TERRENCE BYRD (1),** : | |
| : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 6th day of June, 2019, upon consideration of the motion (Doc. 28) to suppress evidence by defendant Terrence Byrd ("Byrd"), and the parties' respective supplemental briefs in support of and opposition to said motion, (Docs. 108, 110), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that Byrd's motion (Doc. 28) to suppress is DENIED.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania