# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:14-CR-321** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **TERRENCE BYRD (1),** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 2nd day of August, 2019, upon consideration of defendant's motion (Doc. 119) for reconsideration, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 119) is DENIED except to the limited extent that the court has modified its analysis of the good faith exception.

                                              /S/ CHRISTOPHER C. CONNER
                                              Christopher C. Conner, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania